1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8
9

TIMOTHY GAITAN,

Case No. 1:24-cv-00300-KES-SAB

10

       Plaintiff,

11

   v.

ORDER RE SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT

12

BANK OF AMERICA, N.A.

(ECF No. 8)

13
14

       Defendants.

15
16

    On June 4, 2024, the parties filed a stipulation to extend time for Defendant to respond to

17

Plaintiff's complaint until after the Defendant's motion to transfer this matter and be consolidated

18

with multidistrict litigation.  The Court finds that good cause exists to grant the stipulation.

19

    Accordingly, IT IS HEREBY ORDERED THAT Defendant Bank of America, N.A. shall

20

have until **thirty (30) days** after the Judicial Panel on Multidistrict Litigation's ruling on

21

Defendant's motion to transfer to respond to the complaint.

22
23

IT IS SO ORDERED.

24

Dated:   __June 4, 2024__

                        

UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1